IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GUILMY OMAR PIERRE** | : |
| Petitioner, | : |
| v. | : |
| | CIVIL ACTION 06-0523-CG-M |
| **ALBERTO GONZALES,** | : |
| **MICHAEL CHERTOFF,** | |
| **WARDEN DAVID O. STREIFF,**[1] | : |
| Respondents. | : |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this court.

It is **ORDERED** that this petition be **DISMISSED** as **MOOT**.

**DONE and ORDERED** this 23rd day of February, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Bill Bateman is no longer the Warden of the Perry County Correctional Center. Accordingly, pursuant to the provisions of Rule 25(d) of the Federal Rules of Civil Procedure, David O. Streiff, as Warden of that facility, is substituted for Bateman as a proper Respondent in this action.