IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **GUILMY OMAR PIERRE** | : | |
| Petitioner, | : | |
| v. | : | |
| | | **CIVIL ACTION 06-0523-CG-M** |
| **ALBERTO GONZALES,** | : | |
| **MICHAEL CHERTOFF,** | | |
| **WARDEN DAVID O. STREIFF,** | : | |
| Respondents. | : | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, is due to be **DISMISSED** as moot.

**DONE and ORDERED** this 23rd day of February, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE